MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
    Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| KAMURI M. SPEARS,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:17-cv-00748-CMK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between Kamuri M. Spears (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty 30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is February 15, 2018. The new date will be March 19, 2018. An extension of time is needed because the attorney responsible for briefing this case has experienced a flare-up of an ongoing, chronic health condition. This request is made in good faith with

no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                        Respectfully submitted,

Date: February 13, 2018        By: */s/ Marc V. Kalagian*\*
                                      MARC V. KALAGIAN
                                      Attorney for Plaintiff
                                      (\*As authorized by e-mail on February 13, 2018)

Date: February 13, 2018        MCGREGOR W. SCOTT
                                      United States Attorney

                                      */s/ Gina Tomaselli*
                                      GINA TOMASELLI
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE MARCH 19, 2018.

Dated: February 15, 2018

                                      CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE